UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NEMESIO TORRES,<br><br>                Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>                Defendant. | No. 5:21-cv-00867-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 23), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $1,980 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: January 19, 2022

_____
JOHN D. EARLY
United States Magistrate Judge